

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-24-00306-CV

---

Muhammad Waseem Arshad and Hydrogeo, LLC, Appellants

v.

Imperial Star Energy, LLC, Appellee

---

On Appeal from the 112th District Court
Pecos County, Texas
Trial Court No. P-12568-112-CV

---

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's judgment and remand the cause for a new trial. We further order that Appellants recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 24th day of October 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.